**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

RICARDO VELASQUEZ, LLC                CASE NO: 1:22-cv-08594-LJL

     Plaintiff,

vs.

D & M CLEANERS INC., a New York
corporation, d/b/a D M CLEANERS,
and SWORDFISH LLC, a New York
limited liability company,

     Defendants.
_____/

**NOTICE OF SETTLEMENT**

     COME NOW, Plaintiff, RICARDO VELASQUEZ, and Defendants, D & M CLEANERS INC., a New York corporation, d/b/a D M CLEANERS, and SWORDFISH LLC, a New York limited liability company, by and through their respective undersigned counsel, hereby notify this Honorable Court that settlement has been reached in the above styled case among all parties. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter.

     Dated: This 25th day of February, 2023.

By: /S/ Robert J. Mirel
    Robert J. Mirel, Esq.
    The Weitz Law Firm, P.A.
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Fax: (305) 704-3877
    Email: rjm@weitzfirm.com
    *Attorneys for Plaintiff*

By: /S/ Michael K. Chong
    Michael K. Chong, Esq.
    Law Offices of Michael K. Chong, LLC
    2 Executive Drive, Suite 240
    Fort Lee, NJ 07024
    Telephone: (201) 947-5200
    Email: MKC@mkclawgroup.com
    *Attorney for D & M Cleaners Inc.*

By: /S/ Joseph J. Lynett
    Joseph J. Lynett, Esq.
    Jackson Lewis P.C.
    666 Third Avenue
    New York, NY 10017
    Telephone: (212) 545-000
    Email:joseph.lynett@jacksonlewis.com
    *Attorneys for Swordfish LLC*